# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-81777-DMM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

DECO DISTRIBUTORS INC., a Florida Profit Corporation d/b/a MONSTER FURNITURE AND MATTRESS and BB NORTH LLC, a Foreign Limited Liability Company

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendant, BB NORTH LLC (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd.
Suite 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

By: *Fernando S. Aran*
Fernando S. Aran, Esq.
Florida Bar No. 349712
Francisco Leon de la Barra, Esq.
Florida Bar No. 105327
ARAN CORREA & GUARCH, P.A.
2100 Salzedo Street
Suite 303
Coral Gables, FL 33134
Telephone: (305) 665-3400
Email: faran@acg-law.com, fleon@acg-law.com
Attorneys for Defendant, BB NORTH LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.9:22-cv-81777-DMM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

DECO DISTRIBUTORS INC., a Florida Profit Corporation d/b/a MONSTER FURNITURE AND MATTRESS and BB NORTH LLC, a Foreign Limited Liability Company,
    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 19, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

**SERVICE LIST:**

HOWARD MICHAEL CAPLAN vs. DECO DISTRIBUTORS INC., a Florida Profit Corporation d/b/a MONSTER FURNITURE AND MATTRESS and BB NORTH LLC, a Foreign Limited Liability Company

United States District Court Southern District of Florida

Case No. 9:22-cv-81777-DMM

**DECO DISTRIBUTORS INC. d/b/a MONSTER FURNITURE AND MATTRESS**

**REGISTERED AGENT:**

Creative Liquidations LLC.
422 E. Boynton Beach Blvd
Boynton Beach, FL 33435

**VIA U.S. MAIL**

**BB NORTH LLC**

Fernando S. Aran
Florida Bar No. 349712
Francisco Leon de la Barra
Florida Bar No. 105327
ARAN CORREA & GUARCH, P.A.
2100 Salzedo Street, Suite 303
Coral Gables, FL 33134
Tel: (305) 665-3400
Email: faran@acg-law.com, fleon@acg-law.com
Attorneys for Defendant

**VIA CM/ECF**