UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81777-MIDDLEBROOKS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

DECO DISTRIBUTORS INC., a Florida
Profit Corporation d/b/a MONSTER
FURNITURE AND MATTRESS and BB
NORTH LLC, a Foreign Limited Liability
Company,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed January 19, 2023. (DE 19). The Court congratulates the Parties on their amicable resolution of this matter. I note that the Parties' Stipulation is not self-executing, but rather conditioned upon the court's reservation of jurisdiction to enforce the terms of the Parties' settlement agreement. Therefore, I will retain jurisdiction consistent with the terms of *Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is **ORDERED and ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

(3) Each party shall bear their own fees and costs.

(4) Pursuant to the Parties' request, this Court reserves jurisdiction to enforce their settlement agreement. Jurisdiction will be reserved for a period of 60 days.

**SIGNED** in Chambers at West Palm Beach, Florida, this 24th day of January, 2023.

_____
Donald M. Middlebrooks
United States District Judge

Copies to:     Counsel of Record